UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBBE ANSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COSTCO, INC., a Washington Corporation, DAVID RYAN, and CLINT STICKLER,<br><br>    Defendants. | NO. CV-08-137-RHW<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (ECF No. 99). The parties stipulate that the above-captioned case be dismissed with prejudice and with each party respectively bearing its own fees and costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice (ECF No. 99) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs or fees to either party.

 **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close the file**.

**DATED** this 19th day of May, 2011.

             *s/Robert H. Whaley*
             ROBERT H. WHALEY
             United States District Judge

Q:\CIVIL\2008\Anson\dismiss.wpd

**ORDER DISMISSING CASE ~ 1**